IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 8:21-495 |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(e) |
| vs. | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | |
| JARVIS MIKEL JACKSON | ) | **INDICTMENT** |

*RECEIVED USDC CLERK, GREENVILLE, SC 2021 AUG 10 AM 3: 08*

## COUNT 1

**THE GRAND JURY CHARGES:**

That on or about February 17, 2019, in the District of South Carolina, the

Defendant, **JARVIS MIKEL JACKSON**, knowingly possessed a firearm and

ammunition in and affecting interstate commerce, to wit, a Ruger model SR9c, 9

mm pistol and 9 mm ammunition, having been previously convicted of a crime

punishable by imprisonment for a term exceeding one year, and knowing that he had

been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2),

and 924(e).

## FORFEITURE

FIREARM OFFENSES:

Upon conviction for the felony violation of Title 18, United States Code, Section 922 as charged in this Indictment, the Defendant, **JARVIS MIKEL JACKSON**, shall forfeit to the United States all of the Defendant's rights, title, and interest in:

    (a)    any firearms and ammunition (as defined in 18 U.S.C. § 921) –

        (1) involved in or used in any knowing violations of 18 U.S.C. § 922, or violation of any other criminal law of the United States, or intended to be used in a crime of violence;

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

    (a)    Firearm:

        Ruger model SR9c, 9 mm pistol
        (Serial Number: 333-45598)

    (b)    Ammunition:

        Miscellaneous rounds of 9 mm ammunition

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A ___TRUE___ Bill

REDACTED
FOREPERSON

M. RHETT DEHART        (WIM/kk)
ACTING UNITED STATES ATTORNEY

3