IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR. NO.: 8:21-cr-495-HMH |
| -vs- | ) | |
| | ) | |
| JARVIS MIKEL JACKSON | ) | |

## NOTICE OF APPEAL

Notice is hereby given that, Jarvis Mikel Jackson, defendant named above, hereby appeals to the United States Court of Appeals for the Fourth Circuit, from the order entered in this action before The Honorable Henry M. Herlong, Jr., United States District Judge, on May 21, 2025.

          s/Benjamin T. Stepp
Benjamin T. Stepp (Fed. Bar # 4301)
Assistant Federal Public Defender
75 Beattie Place, Suite 950
Greenville, South Carolina 29601
(864) 235-8714

May 27, 2025
Greenville, South Carolina